UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

UNITED STATES OF AMERICA            :

         -against-            :            ORDER

Christian David Torres-Cepedes,     :            07 Cr. 1083 (WHP)

         Defendant.            :
------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-2-08

WILLIAM H. PAULEY III, DISTRICT JUDGE:

The attorney assigned to this case <u>Pedro Antonio Garcia</u> is hereby relieved as the attorney for the defendant Christian David Torres-Cepedes and <u>Stewart Orden</u> is hereby substituted in his place and stead as the attorney of record for defendant Christian David Torres-Cepedes in this criminal action.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 2, 2008
      New York, New York